IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 11-cv-01174-REB

CALVIN T. SWITZER,

     Plaintiff,

v.

LITEX INDUSTRIES, LTD, a Texas corporation,
LOWE'S COMPANIES, INC., a North Carolina corporation,
COSTCO WHOLESALER CORPORATION, a Washington, corporation,
AMAZON.COM, INC., a Delaware corporation, and
SHOPZEUS.COM, LLC, a Florida limited liability company,

     Defendants.

---

**ORDER DISMISSING DEFENDANT AMAZON.COM., INC, ONLY**

---

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal of Defendant Amazon.com, Inc. With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#37][1] filed August 22, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant Amazon.com, Inc., should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulation For Dismissal of Defendant Amazon.com, Inc. With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#37] filed August 22, 2011, is

---

[1]"[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**APPROVED**;

2.  That plaintiff's claims against defendant, Amazon.com, Inc., are **DISMISSED**

**WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Amazon.com, Inc., is **DROPPED** as a named party to this

action, and the case caption is **AMENDED** accordingly.

Dated August 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge