**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01174-REB

CALVIN T. SWITZER,

    Plaintiff,

v.

LITEX INDUSTRIES, LTD, a Texas corporation,
LOWE'S COMPANIES, INC., a North Carolina corporation,
COSTCO WHOLESALER CORPORATION, a Washington, corporation, and
SHOPZEUS.COM, LLC, a Florida limited liability company,

    Defendants.

---

### ORDER DISMISSING DEFENDANT SHOPZEUS.COM, LLC, ONLY

---

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Stipulated Dismissal of Defendant Shopzeus.com, LLC With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#39][1] filed August 29, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Shopzeus.com, LLC, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Stipulated Dismissal of Defendant Shopzeus.com, LLC With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#39] filed August 29, 2011, is **APPROVED**;

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That plaintiff's claims against defendant, Shopzeus.com, LLC, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Shopzeus.com, LLC, is **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

Dated August 30, 2011, at Denver, Colorado.

                                         **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge