**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01174-REB

CALVIN T. SWITZER,

      Plaintiff,

v.

LITEX INDUSTRIES, LTD, a Texas corporation,
LOWE'S COMPANIES, INC., a North Carolina corporation, and
COSTCO WHOLESALER CORPORATION, a Washington, corporation,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on plaintiff's **Unopposed Motion For Leave To Amend The Complaint Pursuant To Fed. R. Civ. P. 15(a)(2)** [#43][2] filed November 3, 2011. The motion is **GRANTED** and plaintiff's **First Amended Complaint and Jury Demand** [#43-1] is accepted for filing.

      Dated: November 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.