**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01174-REB

CALVIN T. SWITZER,

     Plaintiff,

v.

LITEX INDUSTRIES, LIMITED, a Texas corporation,
LOWE'S HIW, INC., a Washington corporation, and
COSTCO WHOLESALER CORPORATION, a Washington, corporation,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The parties' **Stipulated Motion To Modify Briefing Schedule on *Markman* Issues** [#41] filed September 9, 2011, is **GRANTED**. The parties' Joint Claim Construction Statement shall be filed on or before **October 29, 2012**. Otherwise, the deadlines stated in the court's **Order for Briefing on *Markman* Issues** [#3] filed May 3, 2011, which deadlines are keyed to the filing of the Joint Claim Construction Statement, shall remain in effect.

     Dated: September 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.