**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-1174-REB

CALVIN T. SWITZER,

      Plaintiff,

vs.

LITEX INDUSTRIES LIMITED, a Texas Corporation;
LOWE'S HIW, INC., a Washington Corporation; and
COSTCO WHOLESALE CORPORATION, a Washington Corporation;

      Defendants.

---

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

---

It is hereby stipulated by Plaintiff Calvin T. Switzer ("Switzer") and remaining

Defendants Litex Industries Limited. ("Litex"), Lowe's HIW, Inc. ("Lowe's"), and Costco

Wholesale Corporation ("Costco") (collectively "Defendants"), through their

undersigned counsel, that Switzer's claims against Defendants and Litex's and

Costco's counterclaims against Switzer be dismissed with prejudice, pursuant to Fed.

R. Civ. Proc. 41(a)(1)(A)(ii).

Each party shall bear its own attorneys fees and court costs.

Respectfully submitted this 26th day of October, 2012.

s/ Ronnie Fischer
Fischer Law Firm P.C.
1777 South Harrison Street
Penthouse – Suite 1500
Denver, CO 80210
Telephone: 303-756-2500
Facsimile: 303-756-2505
Ronnie@fischeresq.net

**Attorney for Plaintiff**
**Calvin T. Switzer**

s/ Jane Michaels
Jane Michaels
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: 303-295-8000
Facsimile: 303-295-8261
jmichaels@hollandhart.com

Thomas H. Watkins
Albert Carrion
Brown McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4043
Phone: 512-703-5752
twatkins@brownmccarroll.com
acarrion@brownmccarroll.com

**Attorneys for Defendants**
**Litex Industries, Limited**
**Lowe's HIW, Inc.**
**Costco Wholesale Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all current counsel of record.

s/ Jane Michaels

5820042_1